UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED NATIONAL INSURANCE COMPANY,

     *Plaintiff*s,

v.                             No. 8:23-cv-02926-VMC-NHA

SUTTON PLACE ASSOCIATION, INC., DANIELLE DELANEY-OGOREK AS PR FOR THE
ESTATE OF JESSE DELANEY-OGOREK, AND ADVANCED MANAGEMENT OF
SOUTHWEST FLORIDA, INC.,

     *Defendant*s.

---

## NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

I certify that the above-captioned case:

☒　　**IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Danielle Delaney-Ogorek as PR for The Estate of Jesse Delaney-Ogorek v. Sutton Place Association, Inc., et al., Case No. 2022-CA-003451, 12th Judicial Circuit in and for Manatee County, Florida
Click or tap here to enter text.


☐　　**IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

/s/ *John R. Catizone* (FBN 695491)
[signature of counsel or unrepresented party
*see* Fed. R. Civ. P. 11(a)]
E-mail: catizone@litchfieldcavo.com
Litchfield Cavo LLP
600 Corporate Drive, Suite 600
Fort Lauderdale, Florida  33334
954-689-3000 – Telephone
954-689-3001 - Facsimile

1/9/2024